**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
JAY WINEGARD, on behalf of himself and all
others similarly situated,

                Plaintiff,

                                            CASE NO.: 1:20-cv-02132-EK-JO

     v.

JOHNSON & JOHNSON, JOHNSON & JOHNSON
SERVICES,INC. d/b/a www.jnj.com, and
JOHNSON & JOHNSON INNOVATION LLC
d/b/a www.jnjinnovation.com,

                Defendant.
--------------------------------------------------------------X

## NOTICE OF SETTLEMENT

     Plaintiff, JAY WINEGARD, hereby notifies this Court that a settlement in principle has been reached in the instant action.  The parties request that all deadlines be suspended while the parties finalize a settlement agreement.

DATED this 27th day of November, 2020.

                                          Respectfully Submitted,
                                          By:   */s/ Mitchell Segal*
                                          Mitchell Segal, Esq.
                                          Law Offices of Mitchell S. Segal, P.C.
                                          Attorney for Plaintiff
                                          1129 Northern Boulevard, Suite 404
                                          Manhasset, New York 11030
                                          Ph:  (516) 415-0100
                                          Fx:  (516) 706-6631
                                          msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 27th day of November, 2020.

By: /s/ Mitchell Segal
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST:

Thomas Barton, Esq.
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA. 19103
Ph: (215) 988-2834
Email: Thomas.Barton@faegredrinker.com
Attorney for Defendants