UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

JAY WINEGARD, on behalf of himself and all
others similarly situated,

                              Plaintiff,      Case No.: 1:20-cv-02132-EK-JO

    v.

                                         **STIPULATION OF VOLUNTARY**
                                         **DISMISSAL WITH PREJUDICE**

JOHNSON & JOHNSON, JOHNSON & JOHNSON
SERVICES, INC. d/b/a www.jnj.com, and
JOHNSON & JOHNSON INNOVATION LLC,
d/b/a www.jnjinnovation.com,

                              Defendant.
_____X

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is hereby voluntarily dismissed with prejudice. Each party shall bear its own legal fees and costs.

LAW OFFICES OF MITCHELL S. SEGAL, P.C.      FAEGRE DRINKER BIDDLE & REATH, LLP

By: _____                        By: _____
Mitchell S. Segal, Esq.                                     Thomas J. Barton, Esq.
*Attorney for Plaintiff*                                          *Attorney for Defendants*
1129 Northern Boulevard, Suite 404                 105 College Road East, P.O. Box 627
Manhasset, New York 11030                           Princeton, New Jersey 08542
Ph (516) 415-0100                                            Ph (609) 716-6594
Fx (516) 706-6631                                            Fx (609) 799-7000
msegal@segallegal.com                                 thomas.barton@faegredrinker.com

Dated: 12/28/2020                                               Dated: December 28, 2020